UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.<br><br>    Defendant. | Civil Action No. 23-1166 (RC) |

**MOTION FOR EXTENSION OF TIME TO RESPOND**

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to respond to the Complaint in this matter by 30 days—i.e., until July 5, 2023. The grounds for this motion are as follows.

Plaintiffs filed this FOIA Complaint on April 27, 2023 and served the U.S. Attorney's Office on or about May 4, 2023. Undersigned counsel was only recently assigned this matter with a response deadline of June 5, 2023. Pursuant to Local Civil Rule 7(m), undersigned counsel has contacted Plaintiffs' counsel regarding this motion. Plaintiffs, through counsel, have indicated that they oppose this motion.

According to the Office's Civil Chief, who closely monitors the Office's incoming case volume, cases delegated to the U.S. Attorney's Office for handling in the past few months have approached or surpassed all-time monthly highs. For context, in FY2022 (ending September 30, 2022), the U.S. Attorney's Office was served with a total of approximately 2,217 new cases, or roughly 185 new cases each month on average during FY2022. The roughly 2,217 new cases received in FY2022 represented an all-time fiscal year high, eclipsing the prior record set just the year before by nearly 300 cases (in FY2021, the Office received 1,946 new cases, or an average

of 162 new cases per month), and more than doubling the number of cases received as recently as FY2017 (which year saw the Office receive roughly 930 new cases).

Cases received in the first few months of FY2023 have surpassed even those elevated totals. For the first three months of this fiscal year, the U.S. Attorney's Office has been served with an average of 212 cases per month. Unsurprisingly, while a portion of these new cases are handled by other Department litigating components, this unprecedented surge in new case filings against the United States in this District has overwhelmed the Office's already swollen civil intake, triage, and assignment queues, delaying certain case assignments to Assistant U.S. Attorneys and initial coordination efforts with agency clients, including in this case.

While the undersigned has just recently been assigned to this matter, counsel has already reached-out to the relevant agency and intends to promptly gather information necessary for the defense of this action. That said, the undersigned requires a reasonable period of additional time to discuss this matter with the relevant agency, explore whether this case may be resolved without litigation, and if not, formulate Defendants' response to Plaintiffs' Complaint. Accordingly, Defendant' request this extension of time.

Defendants propose this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension in this matter. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, explore whether this case may be resolved without litigation, and if not, plan how to respond to Plaintiffs' Complaint.

WHEREFORE, Defendants respectfully request that the deadline to respond to the Complaint be extended through and including July 7, 2023. A proposed order is enclosed herewith.

- 3 -

| | |
|---|---|
| Dated: June 5, 2023<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: _____/s/Fithawi Berhane_____<br>FITHAWI BERHANE<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-6653<br>Fithawi.Berhane@usdoj.gov<br><br>*Attorneys for the United States of America* |