IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLICVOTE CIVIC ACTION, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.* <br><br> Defendants. | Civil Action No. 23-1166 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 25, 2023, Minute Order, Plaintiffs, CatholicVote Civic Action and Judicial Watch, Inc. and Defendant, the U.S. Department of Justice ("DOJ"), by and through undersigned counsel, file this Joint Status Report for the above-captioned Freedom of Information Act ("FOIA") lawsuit, wherein Plaintiffs submitted FOIA requests to two DOJ components: the Office of Information Policy ("OIP") and FBI.

1. Plaintiffs filed the Complaint on April 27, 2023 (ECF No. 1) and Defendant filed an Answer on July 7, 2023 (ECF No. 8).

2. The following is the current status of OIP and the FBI's responses to Plaintiffs' FOIA requests:

    a. FBI reports that it has completed its search for responsive records. FBI has identified approximately 1005 potentially responsive pages. FBI anticipates making an initial release on or about October 31, 2023, with FBI's standard 500 pages reviewed per month.

  b. Due to the FBI's current situation with FOIA requests and other FOIA actions pending in the district court, it can only commit to an October 31, 2023 release date at this time.

  c. Plaintiffs continues to object to the FBI's unnecessary delay in producing the records responsive to its FOIA requests.

  d. OIP has received the results of its initial keyword searches, and is reviewing the results for responsiveness. Furthermore, OIP is presently communicating with Plaintiffs regarding potential scoping and/or narrowing agreements, where applicable. OIP's initial keyword searches returned approximately 26,795 items, including parent emails, attachments, and other records.

3. Parties propose that they submit a further Joint Status Report on November 3, 2023, to advise the Court on the status of Plaintiffs' FOIA requests.

Date: September 25, 2023

*/s/ Meredith Di Liberto*
**Meredith Di Liberto**
**D.C. Bar No. 487733**
**Judicial Watch, Inc.**
**425 Third St., SW, Suite 800**
**Washington, DC 20024**
**(202) 646-5172**
**mdiliberto@judicialwatch.org**

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar# 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/  Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States*