IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLICVOTE CIVIC ACTION, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.* <br><br> Defendant. | Civil Action No. 23-1166 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 25, 2023, Minute Order, Defendant, the U.S. Department of Justice ("DOJ"), by and through undersigned counsel, file this Joint Status Report for the above-captioned Freedom of Information Act ("FOIA") lawsuit, wherein Plaintiffs submitted FOIA requests to two DOJ components: the Office of Information Policy ("OIP") and FBI.

1. Plaintiff filed the Complaint on April 27, 2023 (ECF No. 1) and Defendant filed an Answer on July 7, 2023 (ECF No. 8).

2. The following is the current status of FBI and OIP's responses to Plaintiffs' FOIA requests:

    a. FBI: On November 30, 2023, FBI made its second release of 93 pages of responsive records, containing withholdings under FOIA Exemptions 1, 3, 5, 6, 7(A), 7(C), 7(D), and 7(E). FBI will make an additional release on December 29, 2023.

    b. OIP: The parties have agreed to several narrowing proposals, which will help facilitate OIP's responsiveness review. The universe of potentially responsive pages has been reduced to approximately 4,000. Parties are continuing to

confer as to further narrowing proposals. OIP is hopeful that it will be in a position to discuss a processing schedule following resolution of these remaining discussions.

3. Defendant proposes that the parties submit a further Joint Status Report on January 22, 2024 to advise the Court on the status of Plaintiffs' FOIA requests.

| | |
|---|---|
| Date: December 4, 2023 | MATTHEW M. GRAVES, D.C. Bar# 481052<br>United States Attorney |
| */s/ Meredith Di Liberto*<br>MEREDITH DI LIBERTO<br>D.C. Bar No. 487733<br>Judicial Watch, Inc.<br>425 Third Street SW, Suite 800<br>Washington, D.C. 20224<br>(202) 646-5172<br>mdiliberto@judicialwatch.org<br><br>*Attorney for Plaintiffs* | BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:  */s/       Fithawi Berhane*<br>FITHAWI BERHANE<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-6653<br>Fithawi.Berhane@usdoj.gov<br><br>*Attorneys for the United States* |