IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLICVOTE CIVIC ACTION, *et al.* | |
| Plaintiffs, | |
| v. | Civil Action No. 23-1166 (AHA) |
| U.S. DEPARTMENT OF JUSTICE, *et al.* | |
| Defendant. | |

## **CONSENT MOTION TO ALTER THE HEARING DATE**

Plaintiffs, by and through undersigned counsel and with the consent of the Defendants, file this Consent Motion to Alter the March 12, 2026, status conference date ordered by the Court on March 3, 3026.  As grounds for this request, Plaintiffs state as follows:

1.      On March 3, 2026, the Court ordered a status conference be held on March 12, 2026 at 3:00 P.M.

2.       Local counsel for Plaintiffs discovered a scheduling conflict late in the afternoon on Friday, March 13, 2026.

3.      Plaintiffs' counsel contacted Defense counsel by email Friday evening to inquire whether he was amenable to moving the hearing date.  Defense counsel responded quickly and consented the change in date and offered his availability for the following week.

4.      Plaintiffs' counsel called the Courtroom Deputy on Monday, March 9, 2026 and pre-cleared the date of Thursday, March 19, 2026 at 3:30 P.M. as available for the status conference.

5.      Plaintiffs respectfully request that the status conference scheduled for Thursday, March 12, 2026 be moved to Thursday, March 19, 2026 at 3:30 P.M.

Date:  March 9, 2026                                   Respectfully submitted,


                                                      */s/ Meredith Di Liberto*
                                                      MEREDITH DI LIBERTO
                                                      D.C. Bar No. 487733
                                                      Ramona Cota
                                                      D.C. Bar No. 501159
                                                      Judicial Watch, Inc.
                                                      425 Third Street SW, Suite 800
                                                      Washington, D.C. 20224
                                                      (202) 646-5172
                                                      mdiliberto@judicialwatch.org
                                                      rcota@judicialwatch.org

                                                      *Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CATHOLICVOTE CIVIC ACTION, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*<br><br>Defendant. | Civil Action No. 23-1166 (AHA) |

## [PROPOSED] ORDER

Upon consideration of the Consent Motion to Alter the Status Conference, it is hereby

ORDERED:

1.    The Status Conference currently set for Thursday, March 12, 2026 at 3:00 P.M is

moved to Thursday, March 19, 2026 at 3:30 PM.

SO ORDERED, this _____ day of March 2026.


_____
AMIR H. ALI
United States District Judge